USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ROBERT TORRENS,

                                  Plaintiff,

-against-

NEW YORK CITY BOARD/DEPARTMENT OF
EDUCATION, NAMITA DWARKA, PRINCIPAL OF W.C.
BRYANT HIGH SCHOOL,

                                  Defendants.

------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE**

14-cv-4885 (AT) (KNF)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the above-captioned action, be, and hereby is, dismissed and discontinued with prejudice against defendants without costs or fees to either party.

Dated: New York, New York
       March 2, 2015

**GLASS KRAKOWER, LLP**
Bryan D. Glass, Esq.
100 Church St., 8th Fl. Suite 800
New York, NY 10007
(212) 537-6859

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorneys for Defendants
100 Church Street, Room 2-112
New York, New York 10007
(212) 356-1180

By: _____
      Bryan D. Glass, Esq

By: _____
      Alberto Rodriguez, Esq.
      Assistant Corporation Counsel

SO ORDERED.

Dated: April 2, 2015
      New York, New York

_____
ANALISA TORRES
United States District Judge